## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| GCP HGR Holdings, Inc,[1] | Case No. 24-_____ (___) |
| Debtor. | |
| In re: | Chapter 7 |
| GCP HGR Acquisition LLC, | Case No. 24-_____ (___) |
| Debtor. | |
| In re: | Chapter 7 |
| HGR Industrial Surplus, LLC, | Case No. 24-_____ (___) |
| Debtor. | |
| In re: | Chapter 7 |
| Tramar Industries, LLC, | Case No. 24-_____ (___) |
| Debtor. | |

## THE CHAPTER 7 CASES SCHEDULES AND SOFAS GLOBAL NOTES

These Global Notes regarding the above-captioned debtors and debtors in possession (collectively, the "Debtors") Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs") comprise an integral part of the Schedules and SOFAs and should be referred to and considered in connection with any review of them.

1.    The Debtors prepared these unaudited Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are GCP HGR Holdings, Inc (8980), GCP HGR Acquisition LLC (0834), HGR Industrial Surplus, LLC (1802), and Tramar Industries, LLC (9799).  The Debtors' headquarters is located at Two Lafayette Court Greenwich, Connecticut, 06830.

32174590.1

Procedure.  Except where otherwise noted, the information provided herein is presented as of November 25, 2024.

2. While the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and SOFAs.  Moreover, because the Schedules and SOFAs contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete or accurate.

3. In reviewing and signing the Schedules and SOFAs, Mike Wise, the duly authorized and designated representative of the Debtors (the "Authorized Representative"), has necessarily relied upon the prior efforts, statements and representations of other former employees, independent contractors, and professionals of the Debtors.  The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and SOFAs, including but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

4. The Debtors and their past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized.  While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

5. The Debtors reserve their rights to amend the Schedules and SOFAs as may be necessary or appropriate in the Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  These Global Notes will apply to all such amendments.  Furthermore, nothing contained in the Schedules or SOFAs shall constitute a waiver of the Debtors' rights with respect to the chapter 7 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.  Any

specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

6. Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve all of their rights with respect to any such credits and allowances. Furthermore, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or against any of the Debtors.

7. Some of the Debtors' scheduled assets and liabilities are unknown and/or unliquidated. In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect. Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of the Debtors' assets and liabilities.

8. At times, the preparation of the Schedules and the SOFAs required the Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, the Debtors may amend their Schedules and SOFAs as they deem necessary and appropriate to reflect material changes. In addition, the Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or SOFAs.

9. Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

10. With respect to Schedule A/B, question 8, the retainer amounts paid by the Debtors to their bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, and their administrative advisor, Stretto Inc., on an earned upon receipt basis, do not constitute an interest of the Debtors in property and are thus not listed. The amounts paid are listed in response to SOFA question 11.

11. The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to: (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

12.  With respect to SOFA question 26(d), the Debtors contacted various parties in connection with their restructuring efforts, and the Debtors, through their advisors, may have shared certain financial information to those parties, who are not individually disclosed herein.

**Fill in this information to identify the case:**

Debtor name: HGR Industrial Surplus, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | Undetermined |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $25,800.00 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $25,800.00 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D — $44,793.97

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $81,484.16 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $8,593,151.38 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**

Lines 2 + 3a + 3b — $8,719,429.51

**Fill in this information to identify the case:**

Debtor name: HGR Industrial Surplus, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

**2. Cash on hand**

| 2.1 | | |
|---|---|---|
| | | $0.00 |
| Petty Cash | | |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| **3.1** | | | |
| KeyBank | Cash Receipts Account | 6265 | $0.00 |
| **3.2** | | | |
| KeyBank | Data Flow AP Account | 6281 | $0.00 |
| **3.3** | | | |
| KeyBank | EBAY | 9586 | $0.00 |
| **3.4** | | | |
| KeyBank | Great Plains Operating Account | 6273 | $25,800.00 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | | |
|---|---|---|---|
| None | | $0.00 | |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$25,800.00

---

**Part 2:    Deposits and prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1 _____ | $0.00

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1 _____ | $0.00

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$0.00

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | _____ | − | _____ | = ........ ➜ | $0.00 |
| 11b. | Over 90 days old: | _____ | − | _____ | = ........ ➜ | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | |
|---|---|---|
| None | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                            % of ownership:

| 15.1 | | | |
|---|---|---|---|
| Tramar Industries, LLC | 100.0% | None | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | |
|---|---|---|
| None | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $0.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes   Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 _____ | _____ | _____ | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 _____ | _____ | _____ | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 _____ | _____ | _____ | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 _____ | _____ | _____ | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 _____ | _____ | _____ | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes   Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | $0.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____    _____    _____    _____    $0.00

**49. Aircraft and accessories**

49.1 _____    _____    _____    _____    $0.00

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1 _____    _____    _____    _____    $0.00

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $0.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 9:    Real Property**

---

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Office & Warehouse - 20001 Euclid Avenue, Euclid, OH | Leased, Leasehold and Land Improvements | $2,214,584.18 | N/A | Undetermined |
| 55.2 Office & Warehouse - 1141 S 10th St Watertown, WI 53094 | Leased, Leasehold Improvements | $553,603.15 | N/A | Undetermined |
| 55.3 Office & Warehouse - 7550 Oak Grove Road, Fort Worth, TX | Leased, Leasehold Improvements | $142,356.79 | N/A | Undetermined |

Net Book Value is as of August 31, 2024

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| Undetermined |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

<table><tr><td>**Part 10:**</td><td>**Intangibles and intellectual property**</td></tr></table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 hgrinc.co | N/A | None | Undetermined |
| 61.2 HGRINC.INFO | N/A | None | Undetermined |
| 61.3 HGRINC.NET | N/A | None | Undetermined |
| 61.4 HGRINC.US | N/A | None | Undetermined |
| 61.5 hgrincselect.com | N/A | None | Undetermined |
| 61.6 HGRINDUSTRIALSURPLUS.COM | N/A | None | Undetermined |
| 61.7 hgrohio.com | N/A | None | Undetermined |
| 61.8 hgrondemand.com | N/A | None | Undetermined |
| 61.9 hgrselect.com | N/A | None | Undetermined |
| 61.10 hgrtest.info | N/A | None | Undetermined |
| 61.11 INDUSTRIALSURPLUSISWHATWEDO.COM | N/A | None | Undetermined |
| 61.12 innovativex.biz | N/A | None | Undetermined |
| 61.13 innovativex.co | N/A | None | Undetermined |

| | | | |
|---|---|---|---|
| 61.14 | | | |
| innovativex.com | N/A | None | Undetermined |
| 61.15 | | | |
| innovativex.info | N/A | None | Undetermined |
| 61.16 | | | |
| innovativex.mobi | N/A | None | Undetermined |
| 61.17 | | | |
| innovativex.net | N/A | None | Undetermined |
| 61.18 | | | |
| innovativex.org | N/A | None | Undetermined |
| 61.19 | | | |
| innovativex.us | N/A | None | Undetermined |
| 61.20 | | | |
| innovativexinc.com | N/A | None | Undetermined |
| 61.21 | | | |
| innovativinc.com | N/A | None | Undetermined |
| 61.22 | | | |
| innovativx.com | N/A | None | Undetermined |
| 61.23 | | | |
| innovativxinc.com | N/A | None | Undetermined |
| 61.24 | | | |
| MYHGR.COM | N/A | None | Undetermined |
| 61.25 | | | |
| sellhgryoursurplus.com | N/A | None | Undetermined |
| 61.26 | | | |
| TEAMHGR.COM | N/A | None | Undetermined |
| 61.27 | | | |
| toolcribsurplus.com | N/A | None | Undetermined |
| 61.28 | | | |
| usedcncsales.com | N/A | None | Undetermined |
| 61.29 | | | |
| usedmachinerydealers.com | N/A | None | Undetermined |
| 61.30 | | | |
| usedmachinerysales.online | N/A | None | Undetermined |
| 61.31 | | | |
| WEBUYANDSELLEVERYTHING.COM | N/A | None | Undetermined |

**62. Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| 62.1 | | | |
| None | | | $0.00 |

**63. Customer lists, mailing lists, or other compilations**

63.1

| Customer List | $0.00 | N/A | Undetermined |

**64. Other intangibles, or intellectual property**

64.1

| None | | | $0.00 |

**65. Goodwill**

65.1

| None | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | - | = ➔ | $0.00 |
| | total face amount | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| None | Tax year | | $0.00 |

**73. Interests in insurance policies or annuities**

73.1

| Commercial Property, General Liability & Cyber Liability Insurance Policy - Massachusetts Bay Insurance Company - Policy No. ZD6 J232089 01 (11/16/2023-11/30/2024) | Undetermined |

73.2

| Excess & Umbrella Insurance Policy- The Hanover Insurance Company - Policy No. - UH6 J232091 01 (11/16/2023-11/30/2024) | Undetermined |

| 73.3 | Management Liability & Crime Insurance including 6 year Runoff Period- Arch Insurance Company - Policy No. PCD1004032-03 (6/22/2024 - 6/22/2031) | Undetermined |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1     Unknown        Undetermined

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1     None        $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1     None        $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1     None        $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $25,800.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.                    $0.00

**88. Real property. Copy line 56, Part 9.**                    → Undetermined

**89. Intangibles and intellectual property..** Copy line 66, Part 10.    Undetermined

**90. All other assets.** Copy line 78, Part 11.                    $0.00

**91. Total. Add lines 80 through 90 for each column**    91a.    $25,800.00          91b.    $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                    $25,800.00

**Fill in this information to identify the case:**

Debtor name: HGR Industrial Surplus, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

De Lage Landen Financial Services, Inc
1111 Old Eagle School Road
Wayne, PA 19087

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Leased Equipment

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $30,839.58 | Undetermined |

**2.2**

Navitas Credit Corp.
201 Executive Center Dr Ste100
Columbia, SC 29210

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Leased Equipment

**Describe the lien**
Equipment Lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,292.70          Undetermined

---

**2.3**

Wells Fargo Bank, N.A.
800 Walnut Street, F0005-044
Des Moines, IA 50309

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
Equipment Lease

**Describe the lien**
Leased Equipment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,661.69          Undetermined

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $44,793.97

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** | | |

**Fill in this information to identify the case:**

Debtor name: HGR Industrial Surplus, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ **Check if this is an amended filing**

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

Department Of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**
February 2022 to June 2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Total claim: $230.20

Priority amount: $230.2

2.2

Euclid Tax Department
585 East 22nd Street
Euclid, OH 44123

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Total claim: Undetermined

Priority amount: Undetermined

2.3

State Of Alabama
Alabama Department Of Revenue
50 N. Ripley
Montgomery, AL 36104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined          Undetermined

2.4

State Of Arizona
Arizona Department Of Revenue
P.O. Box 29085
Phoenix, AZ 85038

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined          Undetermined

2.5

State Of Arkansas
Director
Department Of Finance And Administration
1509 W 7Th St, Rm 401
Little Rock , AR 72201

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Undetermined          Undetermined

**2.6**

State Of Colorado
Colorado Department Of Revenue
Taxation Division
1375 Sherman St.
Denver, CO 80203

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

**2.7**

State Of Florida
General Counsel
Department Of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

**2.8**

State Of Georgia
Georgia Department Of Revenue
P.O. Box 740321
Atlanta, GA 30374-0321

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined            Undetermined

2.9

State Of Illinois
Dept Of Revenue
Willard Ice Building
101 West Jefferson St
Springfield, IL 62702

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**     Undetermined     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales and Use Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

2.10

State Of Iowa
Department Of Revenue
Hoover State Office Building, 4Th Fl
1305 E. Walnut
Des Moines, IA 50319

**Date or dates debt was incurred**
January 2024 to June 2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**     $15,798.36     $15,798.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

2.11

State Of Massachusetts
Massachusetts Department Of Revenue
Boston, MA 02114

**Date or dates debt was incurred**
January 2023 to December 2023

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**     $480.99     $480.99
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Excise Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

2.12

State Of Massachusetts
Massachusetts Department Of Revenue
Boston, MA 02114

**Date or dates debt was incurred**
August 2021-Feb 2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**    $8,698.68    $8,698.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Withholding Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

2.13

State Of Michigan
Michigan Department Of Treasury
3060 W. Grand Blvd.
Detroit, MI 48202

**Date or dates debt was incurred**
July 2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**    $1,785.07    $1,785.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

2.14

State Of Minnesota
Dept Of Revenue
600 North Robert St
St. Paul, MN 55101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No

☐ Yes

2.15

State Of Missouri
Missouri Dept. Of Revenue
Harry S Truman State Office Building
301 West High Street
Jefferson City, MO 65101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.16

State Of New Mexico
New Mexico Tax And Revenue Dept
Sante Fe, NM 87504

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.17

State Of New York
Dept. Of Taxation And Finance
Bankruptcy Section
P.O. Box 5300
Albany , NY 12205-0300

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.18

State Of Ohio
Ohio Department Of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.19

State Of Ohio
Ohio Department Of Taxation
P.O. Box 16158
Columbus, OH 43216

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Commercial Activity Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.20

State Of Oklahoma
Tax Commission
2501 North Lincoln Boulevard
Oklahoma City, OK 73194

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

2.21

State Of Pennsylvania
Pennsylvania Dept. Of Revenue
Harrisburg, PA 17104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined    Undetermined

2.22

State Of Rhode Island
Division Of Taxation
One Capital Hill
Providence, RI 02908

**Date or dates debt was incurred**
July 2020 to September 2020

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Withholding Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$283.99    $283.99

2.23

State Of Tennessee
Tennessee Department Of Revenue
Collection Services Division
500 Deaderick Street
Nashville, TN 37242

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Franchise Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$264.00    $264.00

2.24

State Of Texas
Texas Comptroller Of Pub. Accounts
P.O. Box 13528
Capitol Station
Austin, TX 78711-3528

**Date or dates debt was incurred**
January 2024 to December 2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchise Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,008.74          $7,008.74

---

2.25

State Of Texas
Texas Comptroller Of Pub. Accounts
P.O. Box 13528
Capitol Station
Austin, TX 78711-3528

**Date or dates debt was incurred**
August 2024 to September 2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales, Excise and Use

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,635.76          $23,635.76

---

2.26

State Of Wisconsin
Wisconsin Department Of Revenue
P.O. Box 8949
Madison, WI 53713

**Date or dates debt was incurred**
January 2022 to December 2022

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,006.20          $7,006.20

**2.27**

State Of Wisconsin
Wisconsin Department Of Revenue
P.O. Box 8949
Madison, WI 53713

**Date or dates debt was incurred**
August 2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Franchise Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,292.17          $16,292.17

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

20001 Euclid Industrial LLC
Dba 20001 Euclid Industrial LLC
Lakewood, NJ 08701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,772.48

**3.2**

2033 Digital, LLC
1821 Coronada Drive
Ann Arbor, MI 48103

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Contract Labor - IT

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,000.00

**3.3**

7550 Oak Grove Road (Forth Worth) Owner, LLC (84-4730839)
Dba 7550 Oak Grove Road (Forth Worth) Owner, LLC (84-4730839)
Los Angeles, CA 90010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $409,915.64
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Ft. Worth Rent & Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.4**

A And N Sales
70 Sewell St Unit K
Glassboro, NJ 08028

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $89.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.5**

Acc Business
Po Box 5077
Carol Stream, IL 60197

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $2,562.08
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.6**

Act Consultants
171 Granger Rd Unit 125
Medina, OH 44256

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.11
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.7

Action Equipment Sales
5801 S Harding St
Indianapolis, IN 46217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.8

Action Transportation, Inc.
PO Box 1531
Medford, OR 97501

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $22,235.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.9

Advanced Gas & Welding Solutions LLC
30400 Lakeland Boulevard
Wickliffe, OH 44092

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $93.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Repairs & Maintenance

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.10

Air Power Dynamics
7350 Corporate Blvd
Mentor, OH 44060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $174.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.11**

Air Power Dynamics
7350 Corporate Blvd
Mentor, OH 44060

**Date or dates debt was incurred**
6/17/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,125.45

---

**3.12**

Air Rite Service Supply Inc
1290 W 117th St
Cleveland, OH 44107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00

---

**3.13**

Aisin Automotive Casting, LLC
4870 E Hwy 552
London, KY 40744

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$274.16

---

**3.14**

Akzo Nobel Metal Coatings
8220 Mohawk Dr
Strongsville, OH 44136

**Date or dates debt was incurred**
8/30/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$600.00

**3.15**

Alex McNealey
308 Richardson Court
Mill Valley, CA 94941

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    Undetermined
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

Alexandra Sally Espinoza
1221 Webster St
Palo Alto, CA 94301

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    Undetermined
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

Algolia, Inc.
Po Box 121906
Dallas, TX 75312

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11,219.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
IT Consultant/Expense

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

All Lift Service Co., Inc.
4607 Hamann Parkway
Willoughby, OH 44094

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $567.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Repairs & Maintenance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.19**

All Pro Freight Systems Inc.
Po Box 6886
Carol Stream, IL 60197-6886

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

$18,070.00

---

**3.20**

Allegion
65 Scott Swamp Rd
Farmington, CT 06032

**Date or dates debt was incurred**
7/24/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,000.00

---

**3.21**

Alliance Automation
1100 John Brown Road
Van Wert, OH 45891

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$33.22

---

**3.22**

Alloy Precision Technologies
6989 Lindsay Drive
Mentor, OH 44060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.88

**3.23**

Alphabold, Inc.
2011 Palomar Airport Road
Carlsbad, CA 92011

**Date or dates debt was incured**

As of the petition filing date, the claim is:    $48,355.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
IT Consultant/Expense

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**

Altec
23422 Mill Creek Drive
Laguna Hills, CA 92653

**Date or dates debt was incured**

As of the petition filing date, the claim is:    $254.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

American Metal Coatings
7700 Tyler Blvd
Mentor, OH 44060

**Date or dates debt was incured**

As of the petition filing date, the claim is:    $20.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

Amerigas
Po Box 371473
Pittsburgh, PA 15250

**Date or dates debt was incured**

As of the petition filing date, the claim is:    $4,276.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

3.27

Amx Pcs LLC
Dba Premium Cleaning Services
DALLAS, TX 75247-6614

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,092.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Janitorial Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.28

Amy Price
396 Harris Rd
Richmond Heights, OH 44143

**Date or dates debt was incurred**

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.29

Anheuser Busch Companies LLC
1 Busch Pl
Saint Louis, MO 63118

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $207,031.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.30

Applied Vision Corporation
2020 Vision Ln
Cuyahoga Falls, OH 44223

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $59.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.31**

Arca Supply
6010 North Bailey Ave Suite 5
Amherst, NY 14226

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $108.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.32**

Armel Electronics Inc
1601 75Th St
North Bergen, NJ 07047

**Date or dates debt was incurred**
8/20/2024

**As of the petition filing date, the claim is:**                         $750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.33**

Armstrong Transport Group
Po Box 735227
Dallas, TX 75373-5227

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $234,693.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.34**

Armstrong World Industries Inc
4241 Leap Rd
Hilliard, OH 43026

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $1,619.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.35

Arrive Logistics
Po Box 207779
Dallas, TX 75320

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $28,641.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

3.36

Astec Inc
34618 County Rd K
Prairie du Chien, WI 53821

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $260.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.37

Astec Industries Inc
237 N 13Th St
Blair, NE 68008

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $260.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.38

AT&T Uverse
PO BOX 5014
Carol Stream, IL 60197-5014

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $123.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.39**

Ata Tools Inc
7 Ascot Parkway
Cuyahoga Falls, OH 44223

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.40**

Atelier N8 - Design & Consulting
Urbanizacao Do Lidador Rua 12, N81
Porto, 4470-704

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $31,778.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
IT Consultant/Expense

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.41**

Atlas Eps
8240 Bryon Center Ave SW
Byron Center, MI 49315

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $47.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.42**

Auplatec
Camino Real S/N Tungurahua
Ambato, 180101
Ecuador

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.43

Automated Print & Promo
2100 Miles Parkway
Warrensville Heights, OH 44128

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00

---

3.44

Ay Manufacturing
5200 Crosswind Dr
Columbus, OH 43228

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.39

---

3.45

Azco Inc
2177 American Dr
Neenah, WI 54956

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$778.00

---

3.46

B2B Transportation Services, Inc.
Po Box 3670
Central Point, OR 97502

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,150.00

3.47

Baker Hughes
8499 Darrow Rd
Twinsburg, OH 44087

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $57.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.48

Baldwin
600 Us 45 South
Fairfield, IL 62837

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $7.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.49

Beauty Quest Group
205 Shellhouse Dr
Rantoul, IL 61866

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $200.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.50

Bebco Environmental Controls Corp.
4725 Lawndale St
La Marque, TX 77568

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $500.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.51**

Berry Global
2415 Locust Creek Dr
Evansville, IN 47720

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.52**

BMW Manufacturing Company
Po Box 11000, Tx -155
Spartanburg, SC 29304

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $640.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.53**

Brand Castle LLC
5111 Richmond Rd
Bedford Heights, OH 44146

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.54**

Brennan Industries
26420 Corners Pkwy
Euclid, OH 44132

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $633.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.55**

Budzar Industries
34929 Curtis Blvd
Eastlake, OH 44095

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $370.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.56**

Cal Label
17700 Foltz Parkway ,
Strongsville, OH 44149

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $49.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.57**

Cascade Pattern Company
519 Ternes Avenue
Elyria, OH 44035

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $15.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.58**

Catch Marketing Services Inc.
5214F Diamond Heights Blvd.
San Francisco,, CA 94131

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.59

Caterpillar
5520 13Th St ,
Menominee, MI 49858

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $62.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.60

Caterpillar
7300 Lone Tree Road
Victoria, TX 77905

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $415.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.61

Caterpillar Englewood
345 Inverness Drive South
Englewood, CO 80112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.62

Caterpillar Inc
250 Dozer Dr
Athens, GA 30606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $216.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.63**

Caterpillar Inc
3701 State Road 26 E
Lafayette, IN 47905

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $128.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.64**

Caterpillar Inc
9201 Faulkner Lake Rd
Little Rock, AR 72117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,981.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.65**

Caterpillar Inc KK Building
100 Tractor Drive Kk Building
East Peoria, IL 61611

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,828.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.66**

Caterpillar Inc.
5205 N. O' Connor Boulevard Suite 100
Irving, TX 75039

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $410.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.67**

Caterpillar Paving Products Inc
9401 85Th Ave N
Brooklyn Park, MN 55445

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $965.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.68**

Caterpillar Pomona
4225 Odc Rd. #1020
Pomona, MO 65789

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $37.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.69**

Caterpillar Remanufacturing Drivetrain LLC
1262 W Main Ave
West Fargo, ND 58078

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $3,649.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.70**

Cemex Inc
2580 Wald Rd
New Braunfels, TX 78132

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11,871.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.71

Central Transport
Po Box 33299
Detroit, MI 48232

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$678.52

### 3.72

Centro Inc
2423 1St Avenue South ,
Irondale, AL 35210

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$195.00

### 3.73

Charter Communications
P.O. BOX 94188
Palatine, IL 60094-4188

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$135.00

### 3.74

Chem Tech Ltd
1006 N Highway 5
Pleasantville, IA 50225

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.52

**3.75**

Choice Machinery
11411 E Lakewood Blvd
Holland, MI 49424

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$40.00

**3.76**

Chr Hansen Inc
9015 W Maple St
Milwaukee, WI 53214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$8.57

**3.77**

Chris Neuberger
5119 Bazetta Rd
Cortland, OH 44410

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$626.96

**3.78**

Christopher Drenik
1540 State Route 45 North
Rock Creek, OH 44084

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$2.17

3.79

Christopher Jones
2215 Leicester Way SE
Atlanta, GA 30316

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     Undetermined
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.80

Chrysler - Mt Elliott Tool And Die
3601 Outer Dr E
Detroit, MI 48234

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $20,133.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.81

Chrysler LLC
5880 West Sr 28 Tipton Transmission Plant
Tipton, IN 46072

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $7.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.82

Chrysler LLC
Cims 484-00-71 800 Chrysler Drive
Auburn Hills, MI 48326

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $9,741.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.83**

Chrysler Tnap Asset Resale
4400 Chrysler Drive
Toledo, OH 43608

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.84**

CIA - GE Lighting, A Savant Company
2020 Dunlop St
Cincinnati, OH 45214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $9.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.85**

Cincinnati Industrial Auctioneers Inc
2020 Dunlap Street
Cincinnati, OH 45214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.86**

Cintas Corporation #0184
Po Box 631025
Cincinnati,, OH 45263-1025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,884.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies & Uniforms

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.87**

Cintas Corporation #0259
Po Box 630910
Cincinnati, OH 45263-0910

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $6,345.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies & Uniforms

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.88**

Cintas Corporation #0352
Po Box 630910
Cincinnati, OH 45263-0910

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $1,009.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies & Uniforms

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.89**

Cintas Corporation #0455
Po Box 631025
Cincinnati,, OH 45263-1025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $508.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies & Uniforms

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.90**

Cintas Corporation #0492
Po Box 631025
Cincinnati, OH 45263-1025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $2,753.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies & Uniforms

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.91**

Cintas Corporation #079J
Po Box 631025
Cincinnati, OH 45263-1025

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $235.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies & Uniforms

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.92**

City Wide Facility Solutions
Dba City Wide Facility Solutions
North Olmsted, OH 44070

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $7,768.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Janitorial Services

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.93**

Civron LLC
1715 E 294Th St
Wickliffe, OH 44092

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.94**

Cliftonlarsonallen LLP
Po Box 829709
Philadelphia, PA 19182-9709

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,381.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.95**

Cni Sales, Inc.
2960 Skippack Pike
Worcester, PA 19490

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $4,362.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
IT Consultant/Expense

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.96**

Colmac Coil Manufacturing Inc
350 Baltimore Dr
Paxton, IL 60957

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $71.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.97**

Columbus Controls Inc
3573 Johnny Appleseed Ct
Columbus, OH 43231

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $44.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.98**

Connectandsell, Inc.
50 University Avenue
LOS GATOS, CA 95030

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                          $30,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.99**

Constellium Automotive
6331 Schooner Dr
Van Buren Twp, MI 48111

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,622.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.100**

Constellium Automotive
6331 Schooner Dr
Van Buren Twp, MI 48111

**Date or dates debt was incurred**
8/16/2024

As of the petition filing date, the claim is:    $3,409.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.101**

Control Solutions Inc
5903 Genoa Red Bluff Rd ,
Pasadena, TX 77507

**Date or dates debt was incurred**
9/9/2024

As of the petition filing date, the claim is:    $1,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.102**

Cordstrap USA Inc.
2000 S Sylvania Ave. Suite 101,
Sturtevant, WI 53177

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,230.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
☑ No

☐ Yes

3.103

Cornerstone Detention Products Inc
W6484 Design Dr
Greenville, WI 54942

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$128.00

3.104

Corporate Business System, LLC
Po Box 660831
Dallas,, TX 75266

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Equipment Lease

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,231.06

3.105

Corporativo Empresarial Inteligente

,

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
IT Contract Labor

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,000.00

3.106

Corrigan And Sons Plumbing
Dba Corrigan And Sons Plumbing
Cleveland, OH 44111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Repairs & Maintenance

**Is the claim subject to offset?**
☑ No

☐ Yes

$625.00

3.107

Corservice
82 Beverly Road
Hudson, OH 44326

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $0.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.108

Cosa Xentaur Corporation
4140 World Houston Pkwy Suite 180
Houston, TX 77032

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.109

Creative Memories
1100 Stearns Dr ,
Sauk Rapids, MN 56379

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $4,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.110

Crown Lift Trucks
Po Box 641173
Cincinnati, OH 45264

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $54.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.111**

Crown Packaging Corp
Po Box 17806M
St Louis, MO 63195

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $48.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Operations Expense

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.112**

CTS International Logistics, Inc.
2723 South State St. Suite 150
Ann Arbor, MI 48104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                      $21,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.113**

Curtis Maruyasu America Inc
665 Metts Dr.
Lebanon, KY 40033

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                         $14.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.114**

Custom Pak Inc
885 W Smith Rd
Medina, OH 44256

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                        $556.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.115**

Customer Deposits
'

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $1,835,930.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposits

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.116**

Customer Store Credits
'

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $246,858.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Store Credits

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.117**

Daniel Cohn
7474 Knoll Rd
Kent, OH 44240

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $692.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.118**

David Musacchia & Associates
28890 Turnbridge Rd
Bay Village, OH 44140

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $142.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.119**

Day Piston Co
9117 Saint Catherine Ave
Cleveland, OH 44104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $225.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.120**

Day-Glo Color
4515 St Clair Ave
Cleveland, OH 44103

**Date or dates debt was incurred**
7/24/2024

**As of the petition filing date, the claim is:**  $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.121**

De Nora Tech
6300 Tin Man Rd
Mentor, OH 44060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.122**

Deel, Inc.
425 1St Street
San Francisco, CA 94105-4621

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**  $2,551.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
IT Consultant/Expense

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.123

Descartes Visual Compliance USA LLC
P.O. BOX 404037,
Atlanta, GA 30384

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $8,445.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.124

Detroit Process Machinery Inc
5911 N Via Verdosa ,
Tucson, AZ 85750

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $220.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.125

DFW Office Systems
13719 Gamma Rd,
Farmers Branch, TX 75244

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $120.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.126

Dimon & Bacorn Inc.
93 Industrial Park Blvd
Elmira, NY 14901

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $3,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Inventory

**Is the claim subject to offset?**
☑ No

☐ Yes

3.127

Drive Automotive Industries
120 Moon Acres Road
Piedmont, SC 29673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $29.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.128

Duplo Cloud Inc
4150 N 1St St Ste 459, San Jose, Ca
San Jose, CA 95134

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $19,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.129

EGC Enterprises Inc
140 Parker Court
Chardon, OH 44024

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $350.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.130

Enhanced Lighting
1957 Lakeview Rd
Lake View, NY 14085

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $42.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.131

Equipment Depot Wisconsin, Inc
1100 Cottonwood Avenue
Hartland, WI 53029

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $2,227.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Repairs & Maintenance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.132

Equipment Hub
4601 Lewis Rd
Stone Mountain, GA 30083

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $99.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.133

Equipment Technologies Inc
15 Cardiff Rd
Windham, NH 03087

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $39.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.134

Ergomat Inc
7395 Industrial Parkway Dr
Lorain, OH 44053

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $705.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.135**

Erie Plating Company
656 West 12Th St
Erie, PA 16501

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.136**

Espec North America Inc
4141 Central Pkwy
Hudsonville, MI 49426

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $122.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.137**

Expedient
Expedient Data Centers
Pittsburgh, PA 15264-5209

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $9,011.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
IT Consultant/Expense

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.138**

Extreme Boats
15601 Brookpark Rd
Brook Park, OH 44142

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $77.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.139**

Fastsigns Alliance
2400 Westport Pkwy Suite 900
Ft Worth, TX 76177

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $402.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.140**

Federal Equipment Company
8200 Bessemer Avenue
Cleveland , OH 44127

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
50% of Detention Charge

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.141**

Federal Equipment Company
8200 Bessemer Avenue,
Cleveland , OH 44127

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,130.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.142**

Federal Express
Po Box 371461
Pittsburgh, PA 15250

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $25.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

3.143

Federal Express2
Po Box 223125
Pittsburgh, PA 15251

**Date or dates debt was incurred**

_____

**As of the petition filing date, the claim is:**                                    $87.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.144

Fernando Higuera
14001 Lake Bluff Court
Tampa, FL 33624

**Date or dates debt was incurred**

_____

**As of the petition filing date, the claim is:**                              Undetermined
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.145

Ferro
4150 East 56Th St `
CLEVELAND, OH 44105

**Date or dates debt was incurred**
6/17/2024

**As of the petition filing date, the claim is:**                                    $123.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.146

Field Control Analytics, Inc.
381 Park Avenue South Suite 1001
New York, NY 10016

**Date or dates debt was incurred**

_____

**As of the petition filing date, the claim is:**                                 $13,065.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.147**

Flex Automation
6103 N 76Th St
Milwaukee, WI 53218

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $152.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.148**

FMD LLC
217 Elmer Avenue
Metairie, LA 70005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.149**

Ford Motor Company
330 Town Center Drive Suite 1100 - Fairland Plaza South
Dearborn, MI 48126

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.150**

Formex LLC
2800 Cofer Road
Richmond, VA 23224

**Date or dates debt was incurred**
6/10/2024

**As of the petition filing date, the claim is:** $3,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.151**

G2 Materials LLC
1700 London Rd
London, OH 44112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$9.42

---

**3.152**

Gas And Supply
Dba Gas And Supply
Broussard, LA 70518

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$54.77

---

**3.153**

GDW Law, LLC
Dba Gow Law, LLC
Andover, MA 1810

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No

☐ Yes

$318.75

---

**3.154**

GE Lighting Cleveland
Bank Of America Lockbox Services Lockbox 402084
College Park, GA 30349

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$7.14

3.155

GE Lighting, A Savant Company
1975 Noble Rd
Cleveland, OH 44112

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $239.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.156

Gem Tech
845 Plum
Wyandotte, MI 48192

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $6.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.157

Gene Davis Sales & Service
1119 Payne Ave
Erie, PA 16503

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $3.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.158

General Die Casters
2150 Highland Rd
Twinsburg, OH 44087

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $105.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.159**

Generation Partners
2 Lafayette Court
Greenwich, CT 06830

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $785,833.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Management Fees

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.160**

Gilanyi Engineering And Manufacturing
5400 Oak Hill Dr #A
Warren, OH 44481

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $248.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.161**

GLH Group Ltd
71-71 Shelton Street
Covent Garden, London WC2H 9JQ

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $1,867.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.162**

Global Transport Inc
5541 W 164Th St
Brook Park, OH 44142

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**      $121,315.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.163**

Google, LLC
Amphitheatre Parkway
Mountain View, CA 94043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            $11,191.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Advertising

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.164**

Google, LLC -2
Amphitheatre Parkway
Mountain View, CA 94043

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            $122,392.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Advertising

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.165**

Gorski Welding LLC
37190 Sugar Ridge Rd
North Ridgeville, OH 44039

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            $37.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.166**

Gray Tech International
3811 W 150Th St ,
Cleveland, OH 44111

**Date or dates debt was incurred**

As of the petition filing date, the claim is:            $85.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.167**

Graydian Technologies & Design
PO BOX 30163
East Canton, OH 44730

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.168**

Great Lakes Power Companies
7455 Tyler Blvd
Mentor, OH 44060

**Date or dates debt was incurred**
8/15/2024

**As of the petition filing date, the claim is:**                    $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.169**

Greentree Packaging & Lumber
818 S. Main Street
Grapevine, TX 76051

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $426.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Materials

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.170**

Greg Allen Company
5755 Canal Rd
Cleveland, OH 44125

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $137.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.171

Grg Trucking Co.
4700 Train Ave
Cleveland, OH 44102

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $290.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.172

Griesser Sales
2163 St Clair Ave Ne
Cleveland, OH 44114

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $15.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.173

Guardian Protection
Po Box 37751
Philadelphia, PA 19101-5051

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $63.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.174

Gusher Pumps Inc
22 Ruthman Dr
Dry Ridge, KY 41035

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $124.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.175

Halvorsen Company
7500 Grand Division Ave
Garfield Heights, OH 44125

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $150.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.176

Hartzell Fan Movement
910 S Downing Street
Piqua, OH 45356

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $94.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.177

HDMA
1800 Honda Dr
Lincoln, AL 35096

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $3,966.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.178

Heatec Inc
5200 Wilson Road
Chattanooga, TN 37410

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $10.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.179**

Heattek Inc
W1285 Industrial Dr
Ixonia, WI 53036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $13.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.180**

High Voltage
24865 Network Place
Chicago, IL 60673-1248

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $14,232.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Repairs & Maintenance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.181**

Honda Precision Parts Of GA
550 Honda Parkway
Tallapoosa, GA 30176

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $2,597.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.182**

Hubbell Lighting
2000 Electric Way
Christiansburg, VA 24073

**Date or dates debt was incurred**
9/16/2024

As of the petition filing date, the claim is:                    $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.183**

Hull Supply
5117 E Cesar Chavez St
Austin, TX 78702

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00

**3.184**

I-Automation
10 Larsen Way
North Attleboro, MA 02763

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$173.81

**3.185**

IBN Technologies LLC
66 West Flagler Street
Miami, FL 33130

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Contract Labor - Accounting

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,400.00

**3.186**

Icon Technology Inc
220 St Elmo Rd
Austin, TX 78745

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$247.13

3.187

Image Consulting Services
4780 Beidler Rd
Kirtland, OH 44094

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $178.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.188

Imagekit
200 Continental Drive Suite 401
Newark, DE 19713

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $467.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.189

Imms LLC
301 Portland Pl
Washington, MO 63090

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $26.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.190

International Paper Company
3737 Highway 3 N
Vicksburg, MS 39181

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $30.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.191**

Iron Gear II, LLC
c/o Bradley Arant Boult Cummings, LLP
Birmingham, AL 35203

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $400,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Settlement

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.192**

Isupport Worldwide, LLC
1019 W. James Street, Suite 200
Kent,, WA 98032

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $41,717.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Contract Labor - Call Center

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.193**

J & L Tool & Machine Inc
1441 Miller Ave
Shelbyville, IN 46176

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $2,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.194**

Jason Degroat Co
831 Lackawanna Ave
Mayfield, PA 18433

**Date or dates debt was incurred**

As of the petition filing date, the claim is:          $131.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.195**

Jason's 5 Star Landscape & Design LLC
1400 Kimberly Court
Watertown,, WI 53098

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $14,359.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Repairs & Maintenance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.196**

Jay Machado
23500 Wingedfoot Drive
Westlake, OH 44145

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      Undetermined
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.197**

Jay Rambo Company
8401 E 41St St
Tulsa, OK 74105

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                      $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.198**

Jeff Bauer
W6484 Design Drive
Greenville, WI 54942

**Date or dates debt was incurred**
9/16/2024

As of the petition filing date, the claim is:                      $332.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.199**

Jeffrey Peterson
1666 Sugar Maple
Streetsboro, OH 44241

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.200**

Jim Howell
12730 Adrian Court
Lake Oswego, OR 97034

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $114.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.201**

Julia Tiedman
2371 Pine Valley Dr
Willoughby Hills, OH 44094

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $8.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.202**

K Tec Systems Inc
2615 Wolcott St
Ferndale, MI 48220

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $24.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.203

Kalt Manufacturing
36700 Sugar Ridge Rd
North Ridgeville, OH 44039

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $225.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.204

Kamu Trucking And Excavating Inc.
4436 Center Rd
Avon, OH 44011

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $2.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.205

Katecho Inc
4020 Gannett Ave
Des Moines, IA 50321

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $30.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.206

KCI Inc
1639 Guinotte Ave
Kansas City, MO 64120

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**     $612.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.207**

Kelyniam Global Inc
97 River Rd
Canton, CT 06019

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $153.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.208**

Kent Precision Foods Group
2905 Highway 61 North
Muscatine, IA 52761

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $145.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.209**

Kevin Ashforth
6449 Columbia Rd
Olmsted Twp, OH 44138

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $76.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.210**

KHS USA, Inc
880 Bahcall Ct
Waukesha, WI 53186

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $8,234.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.211**

Kimray Inc
52 Nw 42Nd St
Oklahoma City, OK 73118

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $319.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.212**

King's Command Foods LLC
770 N Center St
Versailles, OH 45380

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $28.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.213**

Kintrik Enterprises
8001 Moving Way
Mentor, OH 44060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $481.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.214**

Koehler Brewing Co
231 Park St.
Grove City, PA 16127

**Date or dates debt was incurred**
9/17/2024

**As of the petition filing date, the claim is:**                    $1,953.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.215**

Kuhlman's Cleaning Service LLC
Po Box 126
Watertown, WI 53094

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Janitorial Services

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.216**

Laforge LLC
1824 Lincoln St Cedar Falls, Ia 50613
Cedar Falls, IA 50613

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.217**

Lake Business Products
653 Miner Road
Highland Heights, OH 44143

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $120.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Equipment Lease

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.218**

Lakeside Sand & Gravel Inc
3498 Frost Rd
Mantua, OH 44255

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $8.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.219**

Landstar Global Logistics
Po Box 8500-54302
Phiaidelphia, PA 19178

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.220**

Landstar Ranger, Inc.
Po Box 784293
Philadelphia, PA 19178-4293

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $95,798.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.221**

LBP Leasing, Inc.
24800 Lakeland Boulevard
Euclid, OH 44132

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $1,099.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Equipment Lease

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.222**

Leasedirect
P.O. Box 6980
Wayne, PA 19087

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $10,279.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   HGR Industrial Surplus, LLC
Name

Case number *(if known)* 24-

3.223

Leica Biosystems Richmond Inc.
5205 Rt. 12
Richmond, IL 60071

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $126.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.224

Leitz Tooling Systems LP
4301 E Paris Ave S E
Grand Rapids, MI 49512

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $412.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.225

Lexel Imaging Systems Inc
550 W Fourth St Suite 125
Lexington, KY 40508

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $96.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.226

Lincoln Electric
22801 St Clair Ave
Cleveland, OH 44117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $248.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.227**

LSC Communications
2801 W Old Rd 30
Warsaw, IN 46580

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $187.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.228**

LSC Communications
2801 W Old Rd 30
Warsaw, IN 46580

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:              $1,985.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.229**

M P Metal Products Inc
1250 Elmwood Ave
Ixonia, WI 53036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $945.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.230**

Mahle Behr Dayton LLC
1600 Webster St
Dayton, OH 45404

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $563.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.231**

Mahle Behr Dayton LLC
1600 Webster St
Dayton, OH 45404

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,548.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment O/S Check

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232**

Majestic Tool And Machine, Inc.
30700 Carter St
Solon, OH 44139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $249.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.233**

Mark Dunmire
5660 Hawthorne Dr
Highland Heights, OH 44143

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.234**

Mars Electric
6655 Beta Drive Suite 200
Mayfield Village, OH 44143

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $314.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235

MCM Industries Co Inc
7800 Finney Ave
Cleveland, OH 44105

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $118.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.236

Medela Inc
1101 Corporate Dr
McHenry, IL 60050

**Date or dates debt was incurred**
6/19/2024

**As of the petition filing date, the claim is:**                    $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.237

MEI Rigging & Crating, LLC
Po Box 1630
Albany, OR 97321

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $9,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.238

Mentor Safety Village
7262 Jackson St
Mentor, OH 44060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $142.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.239**

Michelle Endres
4319 Shillham Court
Cumming, GA 30040

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.240**

Michigan Pneumatic Tool Inc
6850 Middlebelt Rd Po Box 906
Romulus, MI 48174

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$38.85

---

**3.241**

Micro Laboratory
28913 Edgewood Dr
Willowick, OH 44095

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$45.00

---

**3.242**

Micromet III
7851 Enterprise Dr
Mentor, OH 44060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$44.79

**3.243**

Middlefield Pallet
15940 Burton Windsor Rd
Middlefield, OH 44062

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Materials

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,342.80

**3.244**

Midway USA
5875 W Van Horn Tavern Rd
Columbia, MO 65203

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,155.00

**3.245**

Mike Cunningham
6880 Gabriel Ct
Mentor, OH 44060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$76.58

**3.246**

Milan Tool Corporation
8989 Brookpark Rd
Cleveland, OH 44129

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$100.00

**3.247**

Millerknoll Inc. (Ms 0161 Cash Application)
18558 171St Ave
Spring Lake, MI 49456

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                         $7.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.248**

Millers Inc.
1712 E Pointe Dr
Columbia, MO 65201

**Date or dates debt was incurred**
6/27/2024

**As of the petition filing date, the claim is:**                                         $500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.249**

Miracon Technologies LLC
3752 Arapho Rd
Addison, TX 75001

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                         $173.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.250**

Mo Hauling
17831 Shady Canyon Lane
Tomball, TX 77377

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                         $400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

3.251

Mojility Holdings LLC
47 W Division St #422
Chicago, IL 60610

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $20.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.252

MSK Industrial Services LLC
Po Box 261
Worthington Springs, FL 32697

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                $10.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.253

Munro Machine LLC
Po Box 2811
Warminster, PA 18974

**Date or dates debt was incurred**

As of the petition filing date, the claim is:             $4,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Inventory

**Is the claim subject to offset?**
☑ No

☐ Yes

3.254

Myers Wadsworth
250 Seville Rd
Wadsworth, OH 44281

**Date or dates debt was incurred**

As of the petition filing date, the claim is:              $200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.255

National Corrugate
1707 Ridge Rd
Lewiston, NY 14092

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$749.50

3.256

Natural Essentials Inc
1199 S Chillicothe Rd
Aurora, OH 44202

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$125.77

3.257

NDC Technologies Inc
8001 Technology Blvd
Dayton, OH 45424

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.00

3.258

Nestle Purina
10360 Lake Bluff Dr
Saint Louis, MO 63123

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,041.50

**3.259**

New Hampshire Ball Bearings Inc
155 Lexington Dr.
Laconia, NH 03246

**Date or dates debt was incurred**
7/2/2024

**As of the petition filing date, the claim is:** $6,180.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.260**

New York State Insurance Fund
1 Watervliet Avenue Extension
Albany, NY 12206-1629

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $79.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.261**

NIDEC CHS
51223 Quadrate Drive
Macomb Township, MI 48042

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $5.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.262**

Customer Deposits

**Date or dates debt was incurred**
7/3/2024

**As of the petition filing date, the claim is:** $520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.263**

Northern Air Corp.
1001 Labore Industrial Ct Suite B
Saint Paul, MN 55110

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $106.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.264**

Northrop Grumman
4733 Trident Court
Halethorpe, MD 21227

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $5,429.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.265**

Northrop Grumman
4733 Trident Court
Halethorpe, MD 21227

**Date or dates debt was incurred**
8/16/2024

As of the petition filing date, the claim is:                    $13,611.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.266**

NRTC Alabama
205 Greencastle Road Suite B
Tyrone, GA 30290

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $55,321.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.267

Nu Tech Electric Co.
14160 Ashurst Rd
Livonia, MI 48154

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $135.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.268

OBC Industrial
11288 Alameda Dr
Strongsville, OH 44149

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.269

Ohio Lumex Company Inc
30350 Bruce Industrial Pkwy ,
Solon, OH 44139

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $9.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.270

Ohio Valley Supply & Maintenance Co.
2011 St. Clair Avenue
Cleveland,, OH 44114

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $159.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
☑ No

☐ Yes

3.271

Omega Logging Inc
Po Box 524
West Middlesex, PA 16159

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $625.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.272

Omega Morgan
Po Box 31001-2632,
Pasadena, CA 91110-2632

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $26,180.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Inventory

**Is the claim subject to offset?**
☑ No

☐ Yes

3.273

O'Reilly Auto Parts
Po Box 9464
Springfield, MO 65801-9464

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $951.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Repairs & Maintenance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.274

Owens Corning
4837 Hwy 81 South
Starr, SC 29684

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $308.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.275

Owens Corning
4837 Hwy 81 South
Starr, SC 29684

**Date or dates debt was incurred**
7/16/2024

**As of the petition filing date, the claim is:**                                    $1,653.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.276

Owens Corning Science & Technology Center
2790 Columbus Rd
Granville, OH 43023

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      $497.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.277

Panelbloc Inc
8655 Tyler Blvd
Mentor, OH 44060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                       $14.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.278

Customer Store Credits

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $10,644.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.279

PBC Linear
6402 Rockton
Roscoe, IL 61073

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $60.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.280

Pellitteri
Po Box 259426
Madison, WI 53725-9426

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $84.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.281

Perko Unlimited LLC
2013 Substation Road
Brunswick, OH 44212

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $103.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.282

Perko Unlimited LLC
2013 Substation Road
Brunswick, OH 44212

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Inventory

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.283**

Peters' Heat Treating Inc
215 Race St
Meadville, PA 16335

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $32.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.284**

Peterson Pacific Corp. - Eugene, Or
29408 Airport Rd
Eugene, OR 97402

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $285.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.285**

Phalanx Logistics Solutions
Dba Phalanx Logistics Solutions
Lakewood, OH 44107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $147,254.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.286**

Phantom Industrial Supply
7474 Knoll Rd
Kent, OH 44240

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.287

Pharmaceutical Specialties Inc
1620 Industrial Dr Nw
Rochester, MN 55901

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $312.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.288

Plastic Machinery Corp
5455 Perkins Rd
Bedford Heights, OH 44146

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $11,501.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.289

Plastic Molding Manufacturing
34 Tower St,
Hudson, MA 01749

**Date or dates debt was incurred**
7/11/2024

**As of the petition filing date, the claim is:** $3,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.290

Plunkett's Pest Control
40 52Nd Way Northeast
Minneapolis, MN 55421

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $694.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued AP

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.291

Pneumatic Feed Services
100 Shafer Drive
Romeo, MI 48065

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$8.78

### 3.292

Pocket Valve Inc
153 Maple St
Glens Falls, NY 12801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$7.50

### 3.293

Precision Fittings
709 North Main St
Wellington, OH 44090

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$587.55

### 3.294

Premier Equipment Co
'

**Date or dates debt was incurred**
8/29/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Customer Deposit

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,500.00

**3.295**

Pretium Packaging
14801 Emery Ave
Cleveland, OH 44135

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $212.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.296**

Pro Funding Inc.
Dept, #3045 Po Box 1000
Memphis, TN 38148-3045

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $12,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.297**

Pro Funding Inc.
Dept, #3045 Po Box 1000
Memphis, TN 38148-3045

**Date or dates debt was incurred**
8/28/2024

**As of the petition filing date, the claim is:** $15,225.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.298**

Procter & Gamble - Albany
512 Liberty Expressway-Southeast
Albany, GA 31705

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,970.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.299**

Procter & Gamble - Green Bay
501 Eastman Avenue
Green Bay, WI 54311

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,763.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.300**

Procter And Gamble
One Procter & Gamble Plaza
Cincinnati, OH 45202

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,189.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.301**

Procter And Gamble Alexandria
3701 Monroe Hwy
Pineville, LA 71360

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $11,105.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.302**

Procter And Gamble Iowa City
1832 Lower Muscatine Rd
Iowa City, IA 52240

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $148.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.303**

Procter And Gamble-Browns Summit
5921 Summit Ave
Browns Summit, NC 27214

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.304**

Procter And Gamble-Swing Road
100 S Swing Rd
Greensboro, NC 27409

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $21.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.305**

Procter And Gamble-Tabler Station
396 Development Dr
Inwood, WV 25428

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $60.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.306**

Produce Packaging Inc
27853 Chardon Rd
Willoughby Hills, OH 44092

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.307**

Production Castings Inc
1410 W Lark Industrial Dr
Fenton, MO 63026

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,117.50

**3.308**

Progressive Machine Die Inc
8406 Bavaria Rd ,
Macedonia, OH 44056

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,709.90

**3.309**

Pucel Enterprises Inc
1440 W 36Th St 2Nd Floor
Cleveland, OH 44114

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$95.75

**3.310**

Pure Water Partners, LLC
Po Box 24445
Seattle, WA 98124-0445

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

$192.32

**3.311**

Pyramid Interiors LLC
600 East St
Fairpoint, OH 44077

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $8.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.312**

Quench USA, Inc.
P.O.BOX 735777
Dallas, TX 75373

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                     $204.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.313**

Quest Industrial LLC
303 N 29Th Avenue
Monroe, WI 53566

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                      $79.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.314**

Radio Frequency Systems
200 Pondview Dr,
Meriden, CT 06450

**Date or dates debt was incurred**
9/4/2024

As of the petition filing date, the claim is:                                   $6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.315

Raybestos Powertrain
1204 Darlington Ave
Crawfordsville, IN 47933

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $1,654.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.316

Recon Systems LLC
330 Wood Street South
East Canton, OH 44730

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $38.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.317

Recon Systems LLC
330 Wood Street South
East Canton, OH 44730

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $478.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.318

Reconex
Dba Reconex
Englewood, CO 80112

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                              $82,508.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

3.319

Red Seal Electric Company
3835 W. 150Th St.
Cleveland, OH 44111

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $594.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.320

Reliable Spring & Wire Forms Co.
300 S Abbe Rd
Elyria, OH 44035

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $158.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.321

Republic Services Cleveland
Po Box 71068
Charlotte, NC 28272-1068

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $7,955.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.322

Republic Services Of Birmingham
PO BOX 9001099
Louisville, KY 40290

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $983.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.323

Republic Services Of Ft Worth
Po Box 78829
Phoenix, AZ 85062

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,738.34

3.324

Resonac Powdered Metals America Inc
1024 Barachel Ln
Greensburg, IN 47240

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$217.19

3.325

Reynolds Consumer Products
2827 Hale Ave
Louisville, KY 40211

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$463.94

3.326

Richard Lash
697 Prospect St
Berea, OH 44017

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$4.26

3.327

Rick Zahn
1457 Hunting Hollow Dr.
Hudson, OH 44236

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.328

Ring Precision
2980 Turner Rd Po Box 490
Jamestown, NY 14701

**Date or dates debt was incurred**
9/11/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,000.00

---

3.329

Ringcentral Inc.
20 Davis Drive
Belmont, CA 94002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,718.94

---

3.330

Robert Zeitz
204 St Lawrence Blvd
Eastlake, OH 44095

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.67

**3.331**

Rockwell Automation
1506 E. 16Th St. S
Ladysmith, WI 54848

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$117.00

**3.332**

Ronlen Industries
2809 Nationwide Pkwy
Brunswick, OH 44212

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$99.75

**3.333**

Rubber Design
10 Rus Dr
Calhoun, GA 30721

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$487.50

**3.334**

Sealed Air Corporation
26077 Network Place
Chicago, IL 60673-1260

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Materials

**Is the claim subject to offset?**
☑ No

☐ Yes

$810.00

**3.335**

Shin Etsu Silicones Of America
1150 Damar Dr
Akron, OH 44305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$18.50

**3.336**

Siemens Gamesa Renewable Energy
11950 Corporate Blvd
Orlando, FL 32826

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$45.50

**3.337**

Sivyer Steel Corporation
225 33Rd St
Bettendorf, IA 52722

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$330.79

**3.338**

SK Rigging Co, Inc.
Po Box 62092
Cincinnati, OH 45262

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Inventory

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,040.00

**3.339**

Slaam Holdings
8005 Baker Rd
Middle Point, OH 45863

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $25.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.340**

Smash My Trash - Cleveland Central
1224 Blacksmith Drive
Westerville, OH 43081

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $2,520.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.341**

Soar Transportation Group
977 West 2100 South
Salt Lake City, UT 84119

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $21,351.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.342**

Soprema Inc
310 Quadral Dr
Wadsworth, OH 44281

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $135.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.343

SSAB Inc
12400 Highway 43 N
Axis, AL 36505

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$66.23

3.344

SSAB Inc
1770 Bill Sharp Blvd
Muscatine, IA 52761

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$341.90

3.345

St Tool And Design Inc
9452 Mercantile ,
Mentor, OH 44060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$34.13

3.346

Stafast Products Inc
505 Lakeshore Blvd
Painesville, OH 44077

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$100.00

3.347

Star USA, Inc
Po Box 16,
Wooster, OH 44691

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $116,131.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

3.348

Starship Builders
37135 Lakeshore Blvd
Eastlake, OH 44095

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.349

Sterling
Po Box 35626
Newark, NJ 07193-5626

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $997.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Professional Services

**Is the claim subject to offset?**
☑ No

☐ Yes

3.350

Stretchtape Inc
18460 Syracuse Ave
Cleveland, OH 44110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $80.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.351

Student Treasures
1345 SW 42Nd St
Topeka, KS 66609

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,024.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.352

Summit Growth
3688 Wyoga Lake Rd
Stow, OH 44224

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $25.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.353

Sunday Services LLC
25935 Detroit Road
Westlake, OH 44145

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $1,338.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Repairs & Maintenance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.354

Suresh Shukla
12616 Town and Country Estates Ln
St. Louis, MO 63141

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.355

Surplus Record, LLC
20 N Wacker Drive
Chicago, IL 60606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $6,440.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Advertising

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.356

Swartfager Welding Inc
199 Boyle Memorial Dr
Knox, PA 16232

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,579.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.357

T And S Machine Tool Sales Inc
3462 River Hills Dr
Newtown, OH 45244

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $93.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.358

Taucher Brothers
5933 State Route 82
Hiram, OH 44234

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $47.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.359**

Tennessee Industrial Electronics LLC
1216 Heil Quaker Blvd
La Vergne, TN 37086

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $4,317.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.360**

Terumo Medical Corporation
950 Blvd
Elkton, MD 21921

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $85.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.361**

Terves LLC
24112 Rockwell Drive
Euclid, OH 44117

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $154.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.362**

Tforce Freight, Inc
P.O. BOX 7410804
Chicago, IL 60674

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $368.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

3.363

The Creative Group
38357 Apollo Pkwy
Willoughby, OH 44094

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $0.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.364

The Envelope Printery
4713 Manufacturing Ave
Cleveland, OH 44135

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $737.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.365

The Hanover Insurance Group
440 Lincoln Street
Worcester, MA 01653-0002

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $16,662.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Insurance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.366

The Illuminating Company
Po Box 371422
Pittsburgh, PA 15250-7422

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $7,822.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.367**

Thirsty Dog Brewery
529 Grant St
Akron, OH 44311

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$7.20

**3.368**

THK Manufacturing Of America
471 North High St
Hebron, OH 43025

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$56.28

**3.369**

Thompson Tractor Co, Inc.
2401 Pinson Highway
Tarrant, AL 35217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$62.44

**3.370**

Thyssen Krupp Gerlach Company
1000 Lynch Rd
Danville, IL 61834

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$643.80

**3.371**

Tire Conversion Technologies
874 Old Albany Shaker Rd
Latham, NY 12110

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $76.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.372**

Total Quality Logistics
Po Box 634558
Cincinnati, OH 45263-4558

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $84,315.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.373**

Tramar Industries, LLC
42850 W 10 Mile Rd
Novi, MI 48375

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $2,593,378.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.374**

Tremec Corporation
46643 Ryan Court
Novi, MI 48377

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $75.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.375**

Tri Arc Manufacturing LLC
390 Fountain St
Blawnox, PA 15238

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$85.00

**3.376**

Tricor Industrial
P.O. BOX 752
Wooster, OH 44691-0752

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,387.20

**3.377**

True Mfg.
2001 E. Terra Ln.
O Fallon, MO 63366

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$121.50

**3.378**

Truedialog, Inc
1705 S Captl Tx Hwy Ste 202
Austin, TX 78746-6554

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Advertising

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,424.31

**3.379**

Tylok International Inc
1061 E 260Th Street
Euclid, OH 44132

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $0.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.380**

Uline
Po Box 88741
Chicago, IL 60680-1741

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $1,091.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Supplies

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.381**

Ungerer & Co.
110 N Commerce Way
Bethlehem, PA 18017

**Date or dates debt was incurred**
8/7/2024

As of the petition filing date, the claim is:                    $3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.382**

Unique Technologies Inc
8 Corporate Blvd Suite 100
Sinking Spring, PA 19608

**Date or dates debt was incurred**
7/18/2024

As of the petition filing date, the claim is:                    $3,950.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

3.383

United Grinding Technologies Inc
2100 United Grinding Blvd
Miamisburg, OH 45342

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$0.17

---

3.384

United Mechanical Contractors Inc
26660 Lakeland Blvd ,
Euclid, OH 44132

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,247.50

---

3.385

University Hospitals Ahuja
3999 Richmond Rd
Beachwood, OH 44122

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$150.00

---

3.386

University Hospitals Ahuja
3999 Richmond Rd
Beachwood, OH 44122

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$935.72

**3.387**

Unverferth Manufacturing
27612 Temple Avenue
Shell Rock, IA 50670

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $75.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.388**

UPS
Po Box 809488
Chicago, IL 60680-9488

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $15,050.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Freight

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.389**

Ursus Inc.
15105 Concord Cir
Morgan Hill, CA 95037

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $11,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
IT Consultant/Expense

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.390**

USA Label Express, Inc
11206 Industrial Parkway Nw
Bolivar, OH 44612

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $579.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Materials

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.391**

Vadakin Refrigeration Inc
18222 Lamken Avenue
Cleveland, OH 44119

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$155.00

---

**3.392**

Vallen
8351 Palmetto Commerce Pkwy Suite 207
Ladson, SC 29456

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$194.03

---

**3.393**

Vari Form
25 Lothian Ave
Strathroy, ON N7G 3J3
Canada

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$87.25

---

**3.394**

Vectornav Technologies LLC
10501 Markison Rd
Dallas, TX 75238

**Date or dates debt was incurred**
7/26/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,750.00

**3.395**

Ventra GR29
2890 29Th St Southeast
Grand Rapids, MI 49512

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.88

**3.396**

Verizon Wireless
Po Box 16810
Newark, NJ 07101

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$304.56

**3.397**

Vesuvius USA
1404 Newton Drive
Champaign, IL 61822

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No
☐ Yes

$10.92

**3.398**

Viant Medical
4545 Kroemer Rd,
Fort Wayne, IN 46818

**Date or dates debt was incurred**
9/11/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

**3.399**

Victor Envelope Company
301 Arthur Court
Bensenville, IL 60106

**Date or dates debt was incurred**
9/11/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable - O/S Check

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,500.00

**3.400**

Victoria Van Bennekom
122 Waite Farms Lane
Brunswick, OH 44212

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Severance

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.401**

Voyant Beauty
6710 River Rd
Hodgkins, IL 60525

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

$1.29

**3.402**

W.B. Mason Co., Inc
Po Box 981101
Boston, MA 02298

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$65.15

3.403

Waste Management Of Wisconsin, Inc
Po Box 3020
Monroe, WI 53566

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accrued AP

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,435.12

---

3.404

Watertown Water Dept (S Tenth C)
Po Box 477
Watertown, WI 53094-0477

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

$289.07

---

3.405

Watertown Water Dept (S Twelfth)
Po Box 477
Watertown, WI 53094-0477

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

$654.52

---

3.406

Watertown Water Dept(S Tenth A)
Po Box 477
Watertown, WI 53094-0477

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
☑ No

☐ Yes

$623.86

**3.407**

We Energies
Po Box 6042
Carol Stream, IL 60197

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Utilities

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$7,790.79

**3.408**

Weaver Precision Fabrication And Finishing
1100 Home Ave
Akron, OH 44310

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$85.00

**3.409**

Wickens Industrial Limited
8199 Esquesing Line\
Milton, ON L9T6E7
Canada

**Date or dates debt was incurred**
9/12/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Customer O/S Check

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$77.90

**3.410**

William Greenblatt
381 Park Avenue South, Suite 1001
New York, NY 10016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Board Fees

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$95,833.41

**3.411**

Yanfeng Automotive Interiors (Corporate)
Po Box 734826
Chicago, IL 60673

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $2,771.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.412**

Yost Foods
2795 Westway Dr
Brunswick, OH 44212

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $5,352.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.413**

Zagar Inc
24000 Lakeland Blvd
Euclid, OH 44132

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $48.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.414**

Zeitlin Industrial Supply
961 Decker Road
Walled Lake, MI 48390

**Date or dates debt was incurred**

As of the petition filing date, the claim is:     $242.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Consignment

**Is the claim subject to offset?**
☑ No

☐ Yes

3.415

Zenith Systems, LLC
5055 Corbin Drive
Cleveland, OH 44128

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                                    $1,438.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Repairs & Maintenance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 <br><br> Iron Gear II, LLC <br> c/o Bradley Arant Boult Cummings, LLP <br> Attn: Lillie A. Hobson <br> 445 Dexter Avenue, Suite 9075 <br> Montgomery, AL 36104 | Line _____ <br><br> ☐ Not listed. Explain | _____ |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $81,484.16 |
| 5b. **Total claims from Part 2** | 5b. | $8,593,151.38 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $8,674,635.54 |

**Fill in this information to identify the case:**

Debtor name: HGR Industrial Surplus, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:    Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Triple Net Lease | 7550 Oak Grove Rd (Fort Worth) Owner, LLC<br>Attn: Terry Wachsner<br>4700 Wilshire Boulevard<br>Los Angeles, CA 90010 |
|---|---|---|---|
| | **State the term remaining** | 2/28/2027 | |
| | **List the contract number of any government contract** | | |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter | Alex McNealey<br>308 Richardson Court<br>Mill Valley, CA 94941 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter - Sr Director, RevOps and Supplemental Employment Agreement | Alexandra Sally Espinoza<br>1221 Webster St<br>Palo Alto, CA 94301 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplemental Employment Agreement - Sr Director, RevOps | Alexandra Sally Espinoza<br>1221 Webster St<br>Palo Alto, CA 94301 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Search engine service | Algolia Search<br>3790 El Camino Real, Unit #518<br>Palo Alto, CA 94306 |
|---|---|---|---|
| | **State the term remaining** | Nov. 2024 | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter - Human Resource Manager | Amy Price<br>396 Harris Rd<br>Richmond Heights, OH 44143 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter - VP, Accounting | Christopher Jones<br>2215 Leicester Way SE<br>Atlanta, GA 30316 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Cyber security Contract | Crowdstrike<br>206 E 9th Street, Suite 1400<br>Austin, TX 78701 |
|---|---|---|---|
| | **State the term remaining** | 3/28/2025 | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Mitsubishi Forklift Agreement (1 Fork Lifts) 60 Month Contract - Proposal | De Lage Landen Financial Services, Inc., Lease Processing Center<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 |
|---|---|---|---|
| | **State the term remaining** | Oct. 2027 | |
| | **List the contract number of any government contract** | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Mitsubishi Forklift Equipment Lease Agreement (4 Fork Lifts) | De Lage Landen Financial Services, Inc., Lease Processing Center 1111 Old Eagle School Rd Wayne, PA 19087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Caterpillar Forklift Equipment Lease Agreement | De Lage Landen Financial Services, Inc., Lease Processing Center 1111 Old Eagle School Rd Wayne, PA 19087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Caterpillar Forklift Equipment Lease Agreement (1 Forklift) | De Lage Landen Financial Services, Inc., Lease Processing Center 1111 Old Eagle School Rd Wayne, PA 19087 |
| | State the term remaining | 10/28/2026 | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Mitsubishi Forklift Agreement (4 Fork Lifts) 60 Month Contract | De Lage Landen Financial Services, Inc., Lease Processing Center 1111 Old Eagle School Rd Wayne, PA 19087 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Mitsubishi Forklift Lease (2 Forklifts) Invoice | De Lage Landen Financial Services, Inc. PO Box 41602 Philadelphia, PA 19101-1602 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Contract Labor - Cloud Architecture | DuploCloud 2150 N 1st St San Jose, CA '95131 |
| | State the term remaining | May 2025 | |
| | List the contract number of any government contract | | |

**2.16**   **State what the contract**   ERP Contract
           **or lease is for and the**
           **nature of the debtor's**                          Dynamics Business Central
           **interest**
           **State the term**            April 2027
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.17**   **State what the contract**   Offer Letter - CTO
           **or lease is for and the**
           **nature of the debtor's**                          Fernando Higuera
           **interest**                                        14001 Lake Bluff Court
           **State the term**            Unknown                Tampa, FL 33624
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.18**   **State what the contract**   CRM
           **or lease is for and the**
           **nature of the debtor's**                          HubSpot
           **interest**                                        PO Box 419842
           **State the term**            July 2025              Boston, MA 02241
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.19**   **State what the contract**   Confidential Settlement Agreement
           **or lease is for and the**
           **nature of the debtor's**                          Iron Gear II, LLC
           **interest**                                        c/o Bradley Arant Boult Cummings, LLP
           **State the term**            Unknown                Attn: T. Michael Brown
           **remaining**                                       One Federal Place
           **List the contract number**                        1819 Fifth Avenue North
           **of any government**                               Birmingham, AL 35203
           **contract**

**2.20**   **State what the contract**   Independent Contractor Agreement
           **or lease is for and the**
           **nature of the debtor's**                          Jay Machado
           **interest**                                        23500 Wingedfoot Drive
           **State the term**            Unknown                Westlake, OH 44145
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

**2.21**   **State what the contract**   Offer Letter - CFO
           **or lease is for and the**
           **nature of the debtor's**                          Jay Machado
           **interest**                                        23500 Wingedfoot Drive
           **State the term**            Unknown                Westlake, OH 44145
           **remaining**
           **List the contract number**
           **of any government**
           **contract**

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Contract | LaunchDarkly<br>1999 Harrison St Suite 1100<br>Oakland, CA 94612 |
| | **State the term remaining** | May 2025 | |
| | **List the contract number of any government contract** | | |

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Property, General Liability & Cyber Liability Insurance Policy No. ZD6 J232089 01 | Massachusetts Bay InsuranceCompany<br>440 Lincoln Street<br>Worcester, MA 01653-0002 |
| | **State the term remaining** | 11/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Letter - Manager of Accounting Shared Services | Michelle Endres<br>4319 Shillham Court<br>Cumming, GA 30040 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Independent Contractor Agreement | Mike Wyse<br>51 JFK Parkway<br>First Floor West<br>Short Hills, NJ 07078 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Yale GLC Fork Lift Equipment Finance Agreement | Navitas Credit Corp.<br>201 Executive Center Drive, Suite 100<br>Columbia, SC 29210 |
| | **State the term remaining** | 9/2/2026 | |
| | **List the contract number of any government contract** | | |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended and Restated Lease Agreement | Nickel Plate Station, LLC<br>20001 Euclid Avenue<br>Euclid, OH 44117 |
| | **State the term remaining** | 12/31/2029 | |
| | **List the contract number of any government contract** | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Lowry Forklift - (48 Month Contract) | Pawnee Titling Trust ISAOA<br>C/O American Lease Insurance<br>654 Amherst Road, Suite 320<br>Sunderland, MA 01375 |
|---|---|---|---|
| | State the term remaining | 1/9/2027 | |
| | List the contract number of any government contract | | TF Group - Contract Department<br>100 N PCH, Floor 15<br>El Segundo, CA 90245 |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Software Contract | Postman<br>201 Mission Street Suite 2375<br>San Francisco, CA 94105 |
|---|---|---|---|
| | State the term remaining | March 2025 | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Professional Services | Protocol Managed Services<br>c/o Protocol Networks<br>685 South Street<br>Wrentham, MA 02903 |
|---|---|---|---|
| | State the term remaining | April 2025 | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter - Director of Operations | Rick Zahn<br>1457 Hunting Hollow Dr.<br>Hudson, OH 44236 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Communications Platform | Slack Technologies<br>500 Howard St<br>San Francisco, CA 94105 |
|---|---|---|---|
| | State the term remaining | Feb 2025 | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Offer Letter - Director IT | Suresh Shukla<br>12616 Town and Country Estates Ln<br>St. Louis, MO 63141 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

**2.34** **State what the contract or lease is for and the nature of the debtor's interest**

Excess & Umbrella Insurance Policy No. UH6 J232091 01

**State the term remaining**

11/30/2024

**List the contract number of any government contract**

The Hanover Insurance Company
440 Lincoln Street
Worcester, MA 01653-0002

---

**2.35** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement

**State the term remaining**

6/30/2027

**List the contract number of any government contract**

TJW PLANT10, LLC
Attn: Ted Weller
6103 N 76th Street
Milwaukee, WI 53218

---

**2.36** **State what the contract or lease is for and the nature of the debtor's interest**

Lease Agreement

**State the term remaining**

6/30/2027

**List the contract number of any government contract**

TJW PLANT10, LLC
c/o Wyant Law Offices, S.C.
Attn: Leah Wyant
601 Lake Avenue
Racine, WI 53403

---

**2.37** **State what the contract or lease is for and the nature of the debtor's interest**

Cyber security Contract

**State the term remaining**

Feb 2025

**List the contract number of any government contract**

Venn Secure Endpoint
16 W 22nd Street
New Yok, NY 10010

---

**2.38** **State what the contract or lease is for and the nature of the debtor's interest**

Phone Contract

**State the term remaining**

Unknown

**List the contract number of any government contract**

Verizon
1095 Avenue of the Americas
New Yok, NY 10036

---

**2.39** **State what the contract or lease is for and the nature of the debtor's interest**

Offer Letter - Director of Financial Planning & Analysis

**State the term remaining**

Unknown

**List the contract number of any government contract**

Victoria Van Bennekom
122 Waite Farms Lane
Brunswick, OH 44212

---

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Forklift Lease Agreement - Hyundai & Doosan Forklifts | Wells Fargo Equipment Finance, Manufacturing Service Group<br>500 Walnut Street, 4th Floor<br>Des Moines, IA 50309 |
| | **State the term remaining** | 10/22/2026 | |
| | **List the contract number of any government contract** | | |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Forklift Lease Agreement - Mitsubishi (2 Fork Lifts) | Wells Fargo Equipment Finance, Manufacturing Service Group<br>500 Walnut Street, 4th Floor<br>Des Moines, IA 50309 |
| | **State the term remaining** | 10/28/2026 | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Ticketing System | Zendesk<br>181 S. Fremont St.<br>San Francisco, CA 94105 |
| | **State the term remaining** | May 2027 | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: HGR Industrial Surplus, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D |
| | | | ☐ E/F |
| | | | ☐ G |

**Fill in this information to identify the case:**

Debtor name: HGR Industrial Surplus, LLC

United States Bankruptcy Court for the: District of Delaware

Case number: 24-

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____ declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 11/25/2024 | /s/ Mike Wyse |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Mike Wyse |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |